FILED
CHARLOTTE, N. C.

OCT 19 2005

U. S. DISTRICT COURT
W. DIST. OF N. C.

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Case No.: 3:05-CV-146 -H

| | |
|---|---|
| JEAN A. R. ADAMS, | ) |
| Plaintiff, | ) ) ) ) ) **ORDER** |
| vs. | ) ) |
| DIANE CURETON and CHEMICAL DEPENDENCY CENTER OF CHARLOTTE, | ) ) ) ) |
| Defendants. | ) |

The Defendants having requested in paragraph five of the Certification of Completion of Initial Attorneys Conference, filed August 12, 2005, that the Court issue its subpoena for the records of the Department of Social Services involving its contacts with the plaintiff and defendants before and after the plaintiff was referred by DSS to the defendant Chemical Dependency Center, and it appearing to the Court that such records are likely to contain information relevant to the circumstances of the controversy referred to in the pleadings and that such request should be allowed in the discretion of the Court.

It is, therefore, ordered and decreed that a subpoena of this Court be issued to compel the DSS to make available to the plaintiff and the defendants its records pertaining to its contacts with the plaintiff and its contacts the defendants concerning the plaintiff before and after the plaintiff was referred by DSS to the defendant Chemical Dependency Center in the fall of 2004, said records to be furnished to John G. Golding, Attorney for the Defendants, at his office at 3325 Springbank Lane, Suite 304, Charlotte, North Carolina 28226 and to be furnished to the plaintiff, Mrs. Jean A.R. Adams, at her residence at 3256 Hillandale Drive #114, Lithonia, Georgia 30058.

This the 19th day of October, 2005.

_____
Carl Horn, III
United State Magistrate Judge