# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Jean A.R. Adams,

    Plaintiff(s),                              JUDGMENT IN A CIVIL CASE

vs.                                                    3:05-cv-146

Diane Cureton, and
Chemical Dependency Center of Charlotte.,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's October 13, 2006 Order.

**Signed: October 13, 2006**

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court